**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DOLLY THOMPSON                                                                              PLAINTIFF

v.                                           No. 4:11CV00436 JLH

ULENZEN KING, individually and in his
official capacity; AMBROSE MARVEL, individually
and in his official capacity; BRUCE
PENNINGTON, in his official capacity;
and PHILLIP BENTLEY                                                                       DEFENDANTS

**ORDER**

Pursuant to the motion to voluntarily nonsuit filed by the plaintiff, this action is hereby dismissed without prejudice.

IT IS SO ORDERED this 22nd day of December, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE